IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAW OFFICES OF ALAN LEVAR                                              PLAINTIFF

v.                                   CASE NO. 15-6016

METROPOLITAN LIFE
INSURANCE COMPANY                                                      DEFENDANT

**ORDER**

    Before the Court is the Stipulation of Dismissal with Prejudice (doc. 17). The parties to this case stipulate and agree that the matter should be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

    Accordingly, the above-styled case is hereby **DISMISSED with prejudice.**

IT IS SO ORDERED this 25th day of September 2015.

                                           */s/ Robert T. Dawson*
                                           Honorable Robert T. Dawson
                                           United States District Judge